**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| AUTHENTIFY PATENT CO LLC, a Washington State limited liability company<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PHONEFACTOR, INC., a Delaware corporation;<br>ANXEBUSINESS CORP., a Delaware corporation;<br>IMPRIVATA, INC., a Delaware corporation;<br>DILIGENT ESECURITY INTERNATIONAL, INC., a Georgia corporation;<br>ASSOCIATED BANC-CORP, a Wisconsin corporation;<br>4 MOBILE TECHNOLOGIES S.A., an Athens, Greece company;<br>CYBERNET SYSTEMS CO., LTD., a Tokyo, Japan company;<br>EXCELERATE SYSTEMS LLC., a Washington limited liability company;<br><br>UNKNOWN PARTIES that resell or otherwise provide PhoneFactor products that infringe Plaintiff's patents<br><br>　　　　　Defendants. | **Case No.:** 2:12-cv-976<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF AUTHENTIFY PATENT CO LLC** |

CORPORATE DISCLOSURE STATEMENT OF
AUTHENTIFY PATENT CO LLC - 1

THE BLAIR LAW FIRM, PLLC
612 – 17TH AVE. SUITE B
KIRKLAND, WA 98033
TELEPHONE: 425-417-5910

Pursuant to Federal Rule of Civil Procedure 7.1(b)(1), Plaintiff AUTHENTIFY PATENT CO LLC, ("Authentify") states that Authentify is a privately-held Washington State limited liability company solely owned by Authentify, Inc., a Delaware corporation. No publicly-held company owns 10% or more of Authentify.

Respectfully submitted this 6th day of June, 2012.

        THE BLAIR LAW FIRM, PLLC

By:    s/Steven R. Blair
       Steven R. Blair, WSBA No. 42,060
       612 – 17th Ave. Suite B
       Kirkland, WA 98033
       Tel: (425) 417-5910
       Email: sblair@blairlawip.com
       *Attorney for Plaintiff*
       *Authentify Patent Co, LLC*

CORPORATE DISCLOSURE STATEMENT OF
AUTHENTIFY PATENT CO LLC - 2

THE BLAIR LAW FIRM, PLLC
612 – 17TH AVE. SUITE B
KIRKLAND, WA 98033
TELEPHONE: 425-417-5910